Weiss v Vacca (2023 NY Slip Op 04614)

Weiss v Vacca

2023 NY Slip Op 04614

Decided on September 13, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 13, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ANGELA G. IANNACCI
PAUL WOOTEN
LARA J. GENOVESI, JJ.

2022-06304
 (Index No. 507836/21)

[*1]Royanne Weiss, et al., respondents,
v
Laurent Vacca, et al., appellants.

Traub Lieberman Straus & Shrewsberry LLP, Hawthorne, NY (Eric D. Suben, Lisa M. Rolle, and Justyn Verzillo of counsel), for appellants.
Sharova Law Firm, Brooklyn, NY (Charles W. Marino and Harold Kaufman of counsel), for respondents.

DECISION & ORDER
In an action, inter alia, to recover damages for personal injuries, etc., the defendants appeal from an order of the Supreme Court, Kings County (Joy F. Campanelli, J.), dated July 27, 2022. The order denied the defendants' motion, inter alia, to vacate so much of an order of the same court (Loren Baily-Schiffman, J.) dated December 9, 2021, as granted that branch of the plaintiffs' cross-motion which was for leave to enter a default judgment, and granted the plaintiffs' motion to schedule an inquest on damages.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal must be dismissed as academic in light of our determination on a related appeal (see Weiss v Vacca, ___ AD3d ___ [Appellate Division Docket No. 2021-05091; decided herewith]).
DUFFY, J.P., IANNACCI, WOOTEN and GENOVESI, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court